# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:19-CR-00360-01** |
| **VERSUS** | **JUDGE JUNEAU** |
| **LATORRIS CONLEY (01)** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendant's Motion to Suppress. (Rec. Doc. 19) is DENIED.

Signed at Lafayette, Louisiana, this 2nd day of March, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE