# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:19-CR-00360-01** |
| **VERSUS** | **JUDGE JUNEAU** |
| **LATORRIS CONLEY (01)** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

## ORDER

Considering that defendant Latorris Conley's previous counsel withdrew from the case after sentencing and that new counsel was appointed on January 14, 2022;

**IT IS HEREBY ORDERED** that pursuant to Federal Rule of Appellate Procedure 4(b)(4), that the defendant is granted an additional 30 days in which to file a notice of appeal. The Court finds that there is good cause for such an extension to ensure that defendant's right to appeal is properly preserved while defendant transitions to new counsel.

**THUS DONE AND SIGNED** in Lafayette, Louisiana on this 19th day of January, 2022.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE